CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Todd Nelson**; DOB: 1987; U.S. Citizen<br>**Tavares Joseph Blair**; DOB: 2003; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-08265MJ |

| Complaint for violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), & 1324(a)(1)(B)(i); 1325; and 18 U.S.C. § 3 |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** From a date unknown to on or about August 4, 2025 in the District of Arizona, **Todd Nelson** and **Tavares Joseph Blair**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Flor Maria Garrido, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about August 4, 2025 in the District of Arizona, **Todd Nelson** and **Tavares Joseph Blair**, knowing that certain illegal aliens, including Flor Maria Garrido, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 18, United States Code, Section 1325(a)(1)** and **Title 18, United States Code, Section 3.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 4, 2025, in the District of Arizona (Three Points), at approximately 9:00 p.m., Border Patrol agents (BPAs) observed a sports utility vehicle travelling westbound on State Route 86 (SR-86). BPAs noted this vehicle appeared like a vehicle they had encountered in the past attempting to smuggle illegal aliens in their area of responsibility.

Approximately 1.5 hours later BPAs again observed the SUV, a silver Infiniti, now driving eastbound on SR-86. BPAs pulled out behind the SUV. Agents observed two subjects through the back window. Agents ran records checks on Arizona license plate Y1A250 and learned the SUV was registered to a female in Tucson, Arizona. The SUV then pulled into a gas station and appeared to stop for gas. BPAs pulled into the gas station behind the SUV and approached for a consensual encounter. The driver, later identified as **Todd Nelson**, and a passenger, later identified as **Tavares Joseph Blair**, exited the SUV and stood at the front of it. BPAs talked to the rear passenger in the vehicle. They asked if she could open the door, and she stated that the door did not open from the inside. They then asked her if she had any identification. She handed the agent a Mexican identification card. When asked if she had any papers allowing her to be in the United States lawfully, she stated no. Records checks revealed that the rear passenger, identified as Flor Maria Garrido-Trejo, was a Mexican citizen who did not possess the documentation to legally enter, pass through, or remain in the United States. **Nelson** and **Blair** were both arrested for human smuggling.

**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Flor Maria Garrido |
|---|

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|

| Sworn by telephone __X__ |
|---|

| SIGNATURE OF MAGISTRATE JUDGE[1] *Jacqueline M. Rateau* | DATE<br>August 5, 2025 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Price

**Continued from front page.**

In a post-*Miranda* interview, at approximately 2:25 a.m. on August 5, 2025, **Todd Nelson** stated around 7:00 p.m. on August 4, 2025, he was home and one of his mother's friends came to the house and asked for his help in picking up a sister of a friend. **Nelson** told his friend that he would help if it was not criminal as he did not want to have any problems or get into any trouble. **Nelson** said his friend told him there was nothing to worry about but if it made **Nelson** feel better, he could use his friend's car. **Nelson** stated that he agreed to pick up the person with his friend's car. **Nelson** stated that when he got in the driver's seat of his friend's car, another man, identified as **Tavares Joseph Blair**, got into the passenger's seat. **Nelson** stated this made him uncomfortable and when he questioned this action, his friend became aggressive, using profane language, demanding and threatening him to pick up the person or there would be serious repercussions for him and his mother. **Nelson** stated that at that point he agreed out of fear for himself and his mother.

**Nelson** stated that he drove and **Blair** used one of two cellular phones with GPS. **Nelson** stated that **Blair** was aggressive with him, giving him orders and traffic directions. **Nelson** stated he did not know where he was and at one point, **Blair** yelled "stop, stop, stop", opened the window, and then yelled "vamonos, vamonos". **Nelson** stated at that point a woman, later identified as material witness Flor Maria Garrido-Trejo, got into the vehicle and hid in the back seat. **Nelson** said he did not want the woman to get in the vehicle, but he continued driving until they were followed by Border Patrol and he then pulled into a gas station and agents approached them and later apprehended them. When asked whether he was offered money for picking up the woman, **Nelson** stated his friend told him that they would talk about it when he got back. **Nelson** further stated that he heard **Blair** say that they were supposed to drop the woman off at a Waffle House at Grant Road and Interstate 10.

In a post-*Miranda* interview, at approximately 4:59 a.m. on August 5, 2025, **Joseph Tavares Blair** stated that he thought his friend **Nelson** called him to hang out at Nelson's house, which they often do. **Blair** claimed **Nelson** then asked if he wanted to go for a ride, which he was okay with doing but did not think that **Nelson** had a car. **Blair** said he was surprised when there was a car outside of **Nelson's** house. **Blair** stated they both got in the vehicle and started heading towards Sells, Arizona. **Blair** said he started getting suspicious of where they were going and started asking questions. **Blair** stated **Nelson** was evasive but told **Blair** that everything was going to be fine and that he would give him some money for riding with him. **Blair** stated **Nelson** was on his phone with someone and checking GPS on his phone. Once in Sells, **Blair** stated that **Nelson** drove onto a dirt road, stopped, and yelled "vamonos" and a female jumped out of the bushes and entered the vehicle's backseat. **Blair** stated they then started driving back to Tucson. **Blair** said he tried to speak with the female but she did not speak any English. **Blair** said he started getting more suspicious of the whole situation and he thought the female was an illegal alien and that he knows it is illegal to transport illegal aliens. **Blair** said that on the way back BPAs started following them and eventually, he was arrested.

Material Witness Flor Maria Garrido-Trejo is a Mexican citizen and she stated she made arrangements to be smuggled into the United States for $12,000 and her final destination was New Jersey. She stated a foot guide took her to the international boundary fence (IBF) approximately two days prior to her arrest. At the IBF, she crossed alone, illegally entering the United States. She was guided by a cell phone and walked for approximately 15 hours until she reached a paved road. Once there, the foot guide, via her cell phone, told her to stay where she was, and a vehicle would pick her up. She stated a gray SUV arrived with two males in the vehicle and that one of the men told her "vamonos". Garrido stated that both men told her "solo uno" which means "only one". She described the driver as a white male who was on his phone most of the time. She described the front seat passenger as a black man who was using his phone to help guide the driver. She stated the driver took off at a high rate of speed. She stated that she asked for water and the two men gave her a bottle of soda and water. After approximately one hour of driving, the driver stopped at a gas station. Garrido stated BPAs approached the vehicle and started talking to the driver. She stated that one of the agents asked her if she was in the United States illegally and she said she did not have any documents to be in the United States legally. She stated she and the men from the vehicle then were arrested.